AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

SEE ATTACHMENT

**DEFENDANT - U.S.**

▶ RONALD GENE ARMSTRONG

FILED

DISTRICT COURT NUMBER

CR08-0154

MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM
**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  KESLIE STEWART, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Santa Clara Jail

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST  ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

RONALD GENE ARMSTRONG

## CHARGES

COUNT 1:            18 U.S.C. § 1029(a)(2) - Access Device Fraud

COUNT 2:            18 U.S. C. § 1028A(a)(1) - Aggravated Identity Theft

COUNT 3:            18 U.S.C. § 1029(a)(2) - Access Device Fraud

COUNT 4:            18 U.S. C. § 1028A(a)(1) - Aggravated Identity Theft

## PENALTIES

COUNT 1:            Maximum 10 years imprisonment; $250,000 or twice the gain or loss
                    (whichever is greater), $100 special assessment and restitution

COUNT 2:            2 year consecutive sentence for each count; $100 special assessment.

COUNT 3:            Maximum 10 years imprisonment; $250,000 or twice the gain or loss
                    (whichever is greater), $100 special assessment and restitution

COUNT 4:            2 year consecutive sentence for each count; $100 special assessment.

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: OAKLAND

FILED

MAR 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

RONALD GENE ARMSTRONG

CR08-0154    CW

DEFENDANT.

# INDICTMENT

18 U.S.C. § 1029(a)(2) – Access Device Fraud;
18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

A true bill.

_____
Foreman

Filed in open court this ___12___ day of
___MARCH 2008___

_____
Clerk

Bail $ _No bail arrest warrant._

_____  3/12/08

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2

3

4

5                                              FILED

6                                          MAR 1 2 2008
                                        RICHARD W. WIEKING
7                               NORTHERN DISTRICT OF COURT
                                      OAKLAND CALIFORNIA
8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                             OAKLAND DIVISION
11
                                        CR08-0154      CW
12

13  UNITED STATES OF AMERICA,         )  No.
                                      )
14       Plaintiff,                   )  VIOLATIONS: 18 U.S.C. § 1029(a)(2) –
                                      )  Access Device Fraud; 18 U.S.C. §
15       v.                           )  1028A(a)(1) – Aggravated Identity Theft
                                      )
16  RONALD GENE ARMSTRONG,            )
                                      )  OAKLAND VENUE
17       Defendants.                  )
    _____ )

18

19

20                              INDICTMENT

21  The Grand Jury charges:

22  **COUNT ONE**: [18 U.S.C. § 1029(a)(2) – Access Device Fraud

23       On about August 7, 2007, in the Northern District of California, the defendant,

24                          RONALD GENE ARMSTRONG,

25  did knowingly and with intent to defraud use one or more unauthorized access devices and by

26  such conduct did affect interstate commerce and obtain something of value aggregating $1,000 or

27  more during any one-year period, namely a 2008 BMW 5 Series station wagon, in violation of

28  Title 18, United States Code, Section 1029(a)(2).

    INDICTMENT
    U.S. v. ARMSTRONG

1  **COUNT TWO**: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

2        On or about August 7, 2007, in the Northern District of California, the defendant,

3                       RONALD GENE ARMSTRONG,

4  did knowingly possess and use, without lawful authority, a means of identification of another

5  person, specifically a fraudulent California driver's license in the name of victim James H.,

6  during and in relation to a felony violation of 18 U.S.C. § 1029(a)(2) as alleged in Count One,

7  incorporated by reference, in violation of Title 18, United States Code, Section 1028A(a)(1).

8  **COUNT THREE**: [18 U.S.C. § 1029(a)(2) – Access Device Fraud]

9        On or about August 23, 2007, in the Northern District of California, the defendant,

10                       RONALD GENE ARMSTRONG,

11  did knowingly and with intent to defraud use one or more unauthorized access devices, and by

12  such conduct did affect interstate commerce and obtain something of value aggregating $1,000 or

13  more during any-one year period, namely a 2005 Dodge Magnum, in violation of Title 18, United

14  States Code, Section 1029(a)(2).

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

INDICTMENT
U.S. v. ARMSTRONG

1    **COUNT FOUR**: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

2        On or about August 23, 2007, in the Northern District of California, the defendant,

3                            RONALD GENE ARMSTRONG,

4    did knowingly possess and use, without lawful authority, a means of identification of another

5    person, specifically a fraudulent California driver's license in the name of victim James H.,

6    during and in relation to a felony violation of 18 U.S.C. § 1029(a)(2) as alleged in Count Three,

7    incorporated by reference, in violation of Title 18, United States Code, Section 1028A(a)(1).

8

9    DATED:                                          A TRUE BILL,

10   MARCH 12, 2008

11                                                   FOREPERSON

12

13   JOSEPH P. RUSSONIELLO
     United States Attorney

14

15

16   DOUGLAS SPRAGUE
     Chief, Oakland Division

17
     (Approved as to form:
18           AUSA Keslie Stewart

19

20

21

22

23

24

25

26

27

28

INDICTMENT
U.S. v. ARMSTRONG