| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 19 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR 1:02-1:21 p.m.<br>NOT RECORDED per Clerk's Error | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>3/14/08 | | NEW CASE ☐ | CASE NUMBER<br>CR-08-00154-CW |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>RONALD GENE ARMSTRONG | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>John Paul Reichmuth (Spec. Appear) | PD. ☒  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Keslie Stewart | INTERPRETER<br>None | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Hence Williams | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR<br>19 Mins HELD | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | ADVISED<br>OF RIGHTS<br>3/14/08 | ☒ | ADVISED<br>OF CHARGES<br>3/14/08 | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

**FILED**
MAR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | | |
|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☒ | MOTION FOR DETENTION | ☐ | PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ | DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO:<br>3/17/08 | ☒ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT:<br>10:00 a.m. | ☐ | SUBMIT FINAN. AFFIDAVIT | ☒ | ~~PRELIMINARY HEARING OR~~ ARRAIGNMENT | ☐ | CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ | ~~STATUS RE:~~ DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ | IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The govt's atty. moved for the detention of the deft. as a flight risk. The govt's atty. proffered that the deft. has multiple Social Security Nos. and driver's licenses and he suffered 2 felony convictions which were drug rel. & the most recent one was in 1998 wherein he was sentenced to 78 mos. The deft. obtained somewhere in the value of $800,000 through identity theft. The Court said that the govt's proffer was sufficient to order the deft. detained pending further hearing on 3/17/08. The deft. told Court that he retained an atty. by the name of William Dubois for his State matter. His State matter was dismissed this morning. The Court asked Pret. Svcs. to do a background check of the deft.
cc: WDB's Stats, Pretrial

DOCUMENT NUMBER: