# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

March 24, 2008

Hon. Wayne D. Brazil
United States Magistrate Judge for the
Northern District of California
1301 Clay St.
Oakland, CA 94612

**Re: United States v. Ronald Gene Armstrong, Case No. CR 08-00154-CW**

Dear Judge Brazil:

    I write to submit three proposed orders. The first two are proposed orders freezing Dorothy Armstrong's interests in her properties in Texas and Florida; once signed, she will have these recorded in the counties in which the properties sit, as ordered.

    The third proposed order clarifies three matters not made clear on the face of the bond. I have read this proposed order to Hence Williams, Pretrial Services Officer, and he does not object to it. The court ordered that Pretrial Services could permit Mr. Armstrong to travel to Los Angeles for medical treatment. Secondly, the court advised Mr. Armstrong that he should work but that he would not be considered in violation if his circumstances prevented it. Finally, Mr. Armstrong was released to reside with his mother, even though there was some discussion that he should reside with his sister Denise Thomas because of the size of her house. Since Dorothy Armstrong was present, for convenience, Mr. Armstrong was ordered to reside there. I can't recall exactly what the court's comments were, but I believe there was discussion that this could be a temporary solution. Mr. Armstrong would like to reside with one of the two, based on the best circumstances for all, but he would also like to be permitted to stay overnight with his mother at times, even if not residing with her. I have spoken with her today and she says that he can be a help to her and she would like to have him stay over occasionally if not residing with her. Please do not hesitate to contact me for any reason.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

/S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

cc:    Keslie Stewart, AUSA
       Hence Williams, PSA

1 BARRY J. PORTMAN
Federal Public Defender
2 JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 555 12th St. Suite 650
Oakland, CA 94607-3627
4 Tel. 510-637-3500

5 Counsel for Defendant
RONALD ARMSTRONG

6

7
IN THE UNITED STATES DISTRICT COURT
8
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,            )
                                        ) No. CR 08-00154-CW
11              Plaintiff,              )
                                        ) [PROPOSED] ORDER FREEZING
12      v.                              ) PROPERTY INTEREST OF
                                        ) DOROTHY ARMSTRONG
13 RONALD G. ARMSTRONG,                 )
                                        )
14              Defendant.              )
                                        )
15

16      Following a hearing on the matter, and so that Dorothy Armstrong's property may be

17 maintained as security against the release bond issued for her son Ronald Gene Armstrong during the

18 pendency of the above-captioned case, it is hereby

19      ORDERED that Ms. Armstrong not sell, transfer ownership of, encumber further, or borrow

20 against any of her ownership interest in the property known as 1115 E. Park Dr., Lindale, TX 75771

21 until further order of this court.

22

23 DATED:

24                                      _____
                                        HON. WAYNE D. BRAZIL
25                                      UNITED STATES MAGISTRATE JUDGE

26

- 1 -

1 BARRY J. PORTMAN
Federal Public Defender
2 JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 555 12th St. Suite 650
Oakland, CA 94607-3627
4 Tel. 510-637-3500

5 Counsel for Defendant
RONALD ARMSTRONG

6

7
IN THE UNITED STATES DISTRICT COURT
8
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,                )
                                            ) No. CR 08-00154-CW
11            Plaintiff,                    )
                                            ) [PROPOSED] ORDER FREEZING
12       v.                                 ) PROPERTY INTEREST OF
                                            ) DOROTHY ARMSTRONG
13 RONALD G. ARMSTRONG,                     )
                                            )
14            Defendant.                    )
                                            )

15

16    Following a hearing on the matter, and so that Dorothy Armstrong's property may be

17 maintained as security against the release bond issued for her son Ronald Gene Armstrong during the

18 pendency of the above-captioned case, it is hereby

19    ORDERED that Ms. Armstrong not sell, transfer ownership of, encumber further, or borrow

20 against any of her ownership interest in the property known as 3775 Lauren Oak Ln., Jacksonville,

21 Fla 32221,  until further order of this court.  This order does not affect the ownership interest of any

22 other party having any ownership interest in the property.

23

24 DATED:

25                                        _____
                                          HON. WAYNE D. BRAZIL
26                                        UNITED STATES MAGISTRATE JUDGE

- 1 -

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant
   RONALD ARMSTRONG

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )
                                       ) No. CR 08-00154-CW
11              Plaintiff,             )
                                       ) [PROPOSED] ORDER CLARIFYING
12         v.                          ) RELEASE CONDITIONS
                                       )
13 RONALD G. ARMSTRONG,                )
                                       )
14              Defendant.             )
                                       )

15

16     Following a hearing on the matter, it is hereby

17     ORDERED that the defendant may travel to Los Angeles for reasons related to medical care, at

18 the discretion of the pretrial officer. It is further

19     ORDERED that the defendant not be considered in violation of the bond if his circumstances

20 prevent him from finding or maintaining employment. It is further

21     ORDERED that Mr. Armstrong may stay overnight and reside with his mother at the address

22 stated on the bond, or with his sister Denise Thomas, at 114 Mitchell Ct., Vallejo, CA, provided

23 that he notify Pretrial Services in advance where he will be.

24
   DATED:
25
                                       _____
26                                     HON. WAYNE D. BRAZIL
                                       UNITED STATES MAGISTRATE JUDGE

                                       - 1 -