BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant
RONALD ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-00154-CW |
| Plaintiff, | ) | |
| | ) | ORDER FREEZING PROPERTY |
| v. | ) | INTEREST OF DOROTHY |
| | ) | ARMSTRONG |
| RONALD G. ARMSTRONG, | ) | |
| | ) | |
| Defendant. | ) | |

Following a hearing on the matter, and so that Dorothy Armstrong's property may be maintained as security against the release bond issued for her son Ronald Gene Armstrong during the pendency of the above-captioned case, it is hereby

ORDERED that Ms. Armstrong not sell, transfer ownership of, encumber further, or borrow against any of her ownership interest in the property known as 3775 Lauren Oak Ln., Jacksonville, Fla 32221, until further order of this court. This order does not affect the ownership interest of any other party having any ownership interest in the property.

DATED: March 26, 2008

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

- 1 -