1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant
   RONALD ARMSTRONG

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,            )
                                         )  No. CR 08-00154-CW
11                        Plaintiff,     )
                                         )  ORDER FREEZING PROPERTY
12          v.                           )  INTEREST OF DOROTHY
                                         )  ARMSTRONG
13  RONALD G. ARMSTRONG,                 )
                                         )
14                        Defendant.     )
    _____ )

15

16      Following a hearing on the matter, and so that Dorothy Armstrong's property may be

17  maintained as security against the release bond issued for her son Ronald Gene Armstrong during

18  the pendency of the above-captioned case, it is hereby

19      ORDERED that Ms. Armstrong not sell, transfer ownership of, encumber further, or borrow

20  against any of her ownership interest in the property known as 1115 E. Park Dr., Lindale, TX 75771

21  until further order of this court.

22

23  DATED: March 26, 2008

24                                       _____
                                         HON. WAYNE D. BRAZIL
25                                            UNITED STATES MAGISTRATE JUDGE

26

- 1 -