BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant
RONALD ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. CR 08-00154-CW |
| Plaintiff, | ) |
| | ) ORDER CLARIFYING RELEASE |
| v. | ) CONDITIONS |
| | ) |
| RONALD G. ARMSTRONG, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Following a hearing on the matter, it is hereby

ORDERED that the defendant may travel to Los Angeles for reasons related to medical care, at the discretion of the pretrial officer. It is further

ORDERED that the defendant not be considered in violation of the bond if his circumstances prevent him from finding or maintaining employment. It is further

ORDERED that Mr. Armstrong may stay overnight and reside with his mother at the address stated on the bond, or with his sister Denise Thomas, at 114 Mitchell Ct., Vallejo, CA, provided that he notify Pretrial Services in advance where he will be.

DATED:   March 26, 2008

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE