BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00154 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| vs. | |
| RONALD ARMSTRONG, | Hearing Dates: April 9, 2008 |
| Defendant. | Requested Date: May 7, 2008 |

    It is hereby stipulated that the STATUS hearing date of April 9, 2008 be continued to May 7, 2008 at 2:30 p.m. for STATUS OR SETTING MOTIONS. This is a new case involving numerous financial records which the government is in the process of providing. The defense has not begun the process of discovery review.

    The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendants in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stip to Continue, 08-00154 CW                             1

1  Time should therefore be excluded from April 9 until May 7, 2008 pursuant to 18 U.S.C. §§
2  3161(h)(8)(A) and (B)(iv).
3
4  04-08-08                                  /s/
   Date                               John Paul Reichmuth
5                                     Assistant Federal Public Defenders
                                      Counsel for defendant Johnson
6
7
8
   04- 8 -08                                 /s/
9  Date                               Keslie Stewart
                                      Assistant United States Attorney
10
11     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
   within this efiled document.              /S/ John Paul Reichmuth
12                                       Counsel for Defendant Alicia Johnson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because the defense needs to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT  the STATUS hearing date of April 9, 2008 be continued to May 7, 2008 at 2:30 p.m. for STATUS OR SETTING MOTIONS and that time be excluded from April 9, 2008 until May 7, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

_____        _____
Date                                                                Hon. Claudia Wilken
                                                                            United States District Judge