# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

April 11, 2008

Hon. Wayne D. Brazil
United States Magistrate Judge for the
Northern District of California
1301 Clay St.
Oakland, CA 94612

**Re:  United States v. Ronald Gene Armstrong, Case No. CR 08-00154-CW**

Dear Judge Brazil:

I write to explain that the surety in this case, Dorothy Armstrong, has not been able to record the court's orders freezing her property in the counties in Florida and Texas in which her properties lie.  She has contacted numerous agencies and offices and no one is able to tell her how to do this.  My successor Angela Hansen will attempt to locate the correct entities and do this promptly.  Meanwhile, Mr. Armstrong has been in close contact with this office and with the Pretrial Services Office.  We remain available if the court wants to set a hearing on this matter, but we would prefer a little more time to carry out the court's order that these property freezing orders be recorded.  Please do not hesitate to contact this office for any reason.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

/S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

cc:    Keslie Stewart, AUSA
       Hence Williams, PSA