# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

April 15, 2008

Hon. Wayne D. Brazil
United States Magistrate Judge for the
Northern District of California
1301 Clay St.
Oakland, CA 94612

**Re:  United States v. Ronald Gene Armstrong, Case No. CR 08-00154-CW**

Dear Judge Brazil:

In reference to John Paul Reichmuth's letter dated April 11, 2008, I ask that the court please grant us two additional weeks starting from April 14, 2008 for Dorothy Armstrong to record the court's orders freezing her property in the counties in Florida and Texas.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

/S/

ANGELA HANSEN
Assistant Federal Public Defender

cc:    Keslie Stewart, AUSA
       Hence Williams, PSA