1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, California  94607
4  Telephone:  (510) 637-3500

5  Counsel for Defendant ARMSTRONG

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

UNITED STATES OF AMERICA,        )      No. CR-08-0154-CW
11                               )
              Plaintiff,         )
12                               )
   vs.                           )      NOTICE OF SUBSTITUTION OF
13                               )      ATTORNEY
   RONALD ARMSTRONG,             )
14                               )
              Defendant.         )
15  _____  )

16        The Federal Public Defender was previously appointed as counsel for defendant in the

17  above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

18  undersigned counsel, Assistant Federal Public Defender Angela Hansen, enters her general

19  appearance for defendant in place of Assistant Federal Public Defender John Paul Reichmuth.

20  Counsel's contact information is listed above.

21
   Dated: April 18, 2008
22                                      Respectfully submitted,

23                                      BARRY J. PORTMAN
                                        Federal Public Defender
24
                                        /S/
25
                                        ANGELA HANSEN
26                                      Assistant Federal Public Defender

Notice of Substitution of Attorney          1