JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3709
    Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   08-00154 CW (WDB) |
|     Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY OF PERSONAL AND FINANCIAL INFORMATION |
|     v. | |
| RONALD GENE ARMSTRONG, | |
|     Defendants. | |
| | OAKLAND VENUE |

    With the agreement of the parties, and with the consent of the defendant, the Court enters the following order:

    Defendant Ronald Gene Armstrong is charged with two counts of access device fraud, in violation of 18 U.S.C. § 1029(a)(2), and two counts of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1). Upon request, the United States will produce to counsel for the defendant discovery that contains personal identifying information, including social security numbers, birth dates and driver's license numbers, and private financial information, including account numbers, pertaining to the victims in this case. Pursuant to Federal Rule of Criminal Procedure 16, the government requests that disclosure of these materials be subject to the following restrictions:

PROTECTIVE ORDER
[08-00154 CW]

1.     Except when being actively examined for the purpose of the preparation of the defense of defendant Ronald Gene Armstrong, the documents containing personal identifying and private financial information of third parties produced by the government to defense counsel shall be maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only to defense counsel, members of his or her law firm who are working with him or her to prepare the defendant's defense, and his or her investigator.  Defense counsel, members of his or her law firm, the defendant, and the investigator shall not permit any person access of any kind to the documents or disclose in any manner the personal identifying and private financial information of third parties except as set forth below.

2.     The following individuals may examine the documents and information related to the personal identifying and private financial information of third parties for the sole purpose of preparing the defense of defendant Ronald Gene Armstrong and for no other purpose:

     a)   Counsel for defendant;

     b)   Members of defense counsel's law office who are assisting with the preparation of Ronald Gene Armstrong's defense;

     c)   Defendant Ronald Gene Armstrong, but only in the presence of defense counsel or another authorized person listed in this paragraph;

     d)   Investigators retained by the defendant to assist in the defense of this matter.

If defense counsel determines that additional persons are needed to review the material, he or she must obtain a further order of the Court before allowing any other individual to review the material.

3.     A copy of this order shall be maintained with the documents at all times.

4.     All individuals other than defense counsel and the defendant who receive access to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a copy of this Order acknowledging that

     a)   they have reviewed the Order;

     b)   they understand its contents;

1       c)    they agree that they will only access the documents and information for the purposes of preparing a defense for defendant Ronald Gene Armstrong;

      d)    they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal. The government shall have no access to these signed copies without further order of the District Court.

    5.    No other person may be allowed to examine the material without further court order. Examination of the documents shall be done in a secure environment which will not expose the materials to other individuals not listed above.

    6.    Documents such as word processing files, e-mails, and other text files may be duplicated to the extent necessary to prepare the defense of this matter.

    7.    Any pleadings that reveal the personal identifying or private financial information of third parties, either by attaching copies of documents containing that information or referencing that information, shall be redacted to prevent the disclosure of such information or filed under seal.

    8.    Within five court days of the judgement and sentencing hearing in this matter, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the Government. The Government shall destroy them. If

///
///
///
///
///
///
///
///
///

PROTECTIVE ORDER
[08-00154 CW]         3

1  defendant believes that he or she must maintain the material for any reason related to appeal,
2  defendant must seek authorization from the District Court within five days of the sentencing and
3  judgement in this matter.

5  STIPULATED:

7  DATED:   April 23, 2008                              /ss/
                                                         JOHN PAUL REICHMUTH
8                                                        ANGELA M. HANSEN
                                                         Attorneys for Defendant Ronald Gene Armstrong

10 DATED:   April 23, 2008                              /s/
                                                         REBECCA ESTEP
11                                                       Paralegal for Defendant Ronald Gene Armstrong

13 DATED:   April 23, 2008                              /s/
                                                         KESLIE STEWART
                                                         Assistant United States Attorney

16         IT IS SO ORDERED that disclosure of the above-described discovery materials
   shall be restricted as set forth above.

19 DATED:
                                                         WAYNE D. BRAZIL
                                                         United States Magistrate Judge

PROTECTIVE ORDER
[08-00154 CW]                                4