**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

BARRY J. PORTMAN
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

April 25, 2008

*By e-filing and hand delivery*

The Honorable Wayne D. Brazil
United States Magistrate Judge
Northern District of California
1301 Clay Street, Chambers 310C
Oakland, CA 94612

Re:    **United States v. Ronald Gene Armstrong,**
       **Case No. CR 08-00154-CW**

Dear Judge Brazil:

Ms. Dorothy Armstrong is a surety for her son, Ronald Armstrong, in the above-listed case. On March 26, 2008, Your Honor issued two orders freezing Ms. Armstrong's interest in properties she owns in Texas and Florida. The Court also ordered Ms. Armstrong to record the Court's orders in the counties in which the properties lie. I write to inform the Court that Ms. Armstrong has sent certified copies of your Honor's orders and the appropriate fee to the respective county clerk's offices in Florida and Texas. Copies of Ms. Armstrong's letters are attached.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

ANGELA M. HANSEN
Assistant Federal Public Defender

Encl. (2)

cc:    Keslie Stewart, AUSA
       Hence Williams, PSA

**Dorothy Armstrong**
**400 Redwood Street, #320**
**Vallejo, CA 94590**
**707-644-2028**

April 25, 2008

*By U.S. Mail*

Clerk of the Circuit Court
Duval County, Florida
Attention: Recording Division
330 East Bay Street
Jacksonville, Florida 32202

Re:    Real property situated at 3775 Lauren Oak Lane, Jacksonville, FL 93221
       Legal description: 57-26 6-3S-25E, Lauren Oaks, Lot 31

Dear Sir or Madam:

I jointly own the property situated at 3775 Lauren Oak Lane, Jacksonville, FL 93221 and write to request that the enclosed one-page court order be recorded with the Clerk of the Court. The property was offered as security against a bond issued for my son, Ronald Armstrong, who is a defendant in a federal criminal case pending in the Northern District of California, Oakland Division, case number CR 08-00154-CW. On March 26, 2008, United States Magistrate Judge Wayne D. Brazil ordered that I not "sell, transfer ownership of, encumber further, or borrow against my ownership interest in the property" until further order of the court. He further ordered that I record a copy of the order with the Duval County Clerk.

For this reason, enclosed for recording is the court's certified order and a Postal Money Order in the amount of $10.00 to cover the filing fee.

If you have any questions or concerns, you can contact me at the mailing address or telephone number listed above.

Sincerely,

*Dorothy Armstrong*

DOROTHY ARMSTRONG

## RECORDING TRANSMITTAL COVER SHEET

| JIM FULLER<br><br>CLERK OF THE CIRCUIT COURT<br>330 EAST BAY ST ROOM 103<br>ATTN: RECORDING DEPARTMENT<br>JACKSONVILLE, FL 32202 | | |
|---|---|---|
| DATE | April 25, 2008 | |
| FROM:<br>COMPANY NAME | Dorothy Armstrong | |
| ADDRESS | 400 Redwood Street, #320, Vallejo, CA 94590 | |
| PHONE NUMBER | 707-644-2028 | |
| FAX | | |

### PLEASE RECORD THE FOLLOWING DOCUMENTS IN THE EXACT ORDER LISTED

| DOCUMENT TYPE | NUMBER OF PAGES | FEE DESCRIPTION | FEE AMOUNT |
|---|---|---|---|
| Order Freezing Property Interest | One | Recording Fee | $10.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL FEES: | $10.00 |

| CHECKS PAYABLE TO DUVAL COUNTY CLERK OF THE COURT | | | | |
|---|---|---|---|---|
| CHECK# | | AMOUNT: | $10.00 | SPECIAL INSTRUCTIONS |
| CHECK# | | AMOUNT: | | |
| CHECK# | | AMOUNT: | | |
| CHECK# | | AMOUNT: | | |
| CHECK# | | AMOUNT: | | |
| CHECK# | | AMOUNT: | | |
| CHECK# | | AMOUNT: | | |
| CHECK# | | AMOUNT: | | |
| CHECK# | | AMOUNT: | | |
| CHECK# | | AMOUNT: | | |

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant
   RONALD ARMSTRONG

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              )
                                          )
11                Plaintiff,              )   No. CR 08-00154-CW
                                          )
12       v.                               )   [PROPOSED] ORDER FREEZING
                                          )   PROPERTY INTEREST OF
13 RONALD G. ARMSTRONG,                   )   DOROTHY ARMSTRONG
                                          )
14                Defendant.              )
                                          )
15 ─────────────────────────────────────

16       Following a hearing on the matter, and so that Dorothy Armstrong's property may be

17 maintained as security against the release bond issued for her son Ronald Gene Armstrong during the

18 pendency of the above-captioned case, it is hereby

19       ORDERED that Ms. Armstrong not sell, transfer ownership of, encumber further, or borrow

20 against any of her ownership interest in the property known as 3775 Lauren Oak Ln., Jacksonville,

21 Fla 32221, until further order of this court.  This order does not affect the ownership interest of any

22 other party having any ownership interest in the property.

23

24 DATED: 3/26/08

25                                        _____
                                          HON. WAYNE D. BRAZIL
26                                        UNITED STATES MAGISTRATE JUDGE

cc: WDB's stats Copy to parties via ECF,
Pretrial, Sheilah, Financial



UNITED STATES POSTAL SERVICE®

POSTAL MONEY ORDER

SERIAL NUMBER: 12364368715

YEAR. MONTH. DAY: 2008-04-25

POST OFFICE: 946071

AMOUNT: TEN DOLLARS      000      US DOLLARS AND CENTS

$**********10.00**

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

CLERK: 0052

PAY TO: Clerk of the Circuit Court

ADDRESS: 330 East Bay Street
Jacksonville, FL 32202

FROM: Dorothy Armstrong

ADDRESS: 400 Redwood St., #320
Vallejo, CA 94590

C.O.D. NO. OR
USED FOR:

12364368715

⑆000000800⑆   ⑆12364368715⑈

**Dorothy Armstrong**
**400 Redwood Street, #320**
**Vallejo, CA 94590**
**707-644-2028**

April 25, 2008

*By U.S. Mail*

County Clerk's Office
Smith County, Texas
Attention: Recording Division
Annex Building, 3rd Floor
200 E. Ferguson
Tyler, Texas 75702

Re:     Real property situated at 1115 E. Park Dr., Lindale, TX 75771
        Legal description: Lot 22, Block 3, of Woodlands Park Addition Unit No.2, in the City of
        Lindale, Texas, according to the Plat Recorded in Cabinet D, Slide 175-C of the Plat
        Records of Smith County, Texas.

Dear Sir or Madam:

I own the property situated at 1115 E. Park Dr., Lindale, TX 75771 and write to request
that the enclosed one-page court order be recorded with the Clerk of the Court. The property was
offered as security against a bond issued for my son, Ronald Armstrong, who is a defendant in a
federal criminal case pending in the Northern District of California, Oakland Division, case
number CR 08-00154-CW. On March 26, 2008, United States Magistrate Judge Wayne D.
Brazil ordered that I not "sell, transfer ownership of, encumber further, or borrow against my
ownership interest in the property" until further order of the court. He further ordered that I
record a copy of his order with the Duval County Clerk.

For this reason, enclosed for recording is the court's certified order and a Postal Money
Order in the amount of $16.00 to cover the filing fee for the order.

If you have any questions or concerns, you can contact me at the mailing address or
telephone number listed above.

Sincerely,

*Dorothy Armstrong*

DOROTHY ARMSTRONG

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant
   RONALD ARMSTRONG

6

7

8

9

e-FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#9

I hereby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST:
        RICHARD W. WIEKING
        Clerk, U.S. District Court
        Northern District of California
By:
                        Deputy Clerk
Date:   4/24/08

                IN THE UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                )
                                             )  No. CR 08-00154-CW
11                      Plaintiff,           )
                                             )  [PROPOSED] ORDER FREEZING
12           v.                              )  PROPERTY INTEREST OF
                                             )  DOROTHY ARMSTRONG
13  RONALD G. ARMSTRONG,                     )
                                             )
14                      Defendant.           )
                                             )
15  _____ )

16        Following a hearing on the matter, and so that Dorothy Armstrong's property may be

17  maintained as security against the release bond issued for her son Ronald Gene Armstrong during the

18  pendency of the above-captioned case, it is hereby

19        ORDERED that Ms. Armstrong not sell, transfer ownership of, encumber further, or borrow

20  against any of her ownership interest in the property known as 1115 E. Park Dr., Lindale, TX 75771

21  until further order of this court.

22

23  DATED: 3/26/08

24                                          _____
                                            HON. WAYNE D. BRAZIL
25                                          UNITED STATES MAGISTRATE JUDGE

26

cc: WDB's Stats, Copy to parties via ECF
    Pretrial, Sheilah, Financial

-1-



UNITED STATES
POSTAL SERVICE®

POSTAL MONEY ORDER

SERIAL NUMBER
12364368726

YEAR MONTH DAY
2008-04-25

POST OFFICE
946071

U.S. DOLLARS AND CENTS
$$1600¢

15-800
000

AMOUNT
SIXTEEN DOLLARS & 00¢

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

PAY TO
County Clerk's Office
Smith County Texas

ADDRESS
200 E. Ferguson, Annex Bldg.
Tyler, Texas 75702

FROM Dorothy Armstrong

ADDRESS 400 Redwood Street, #320
Vallejo, CA 94590

CLERK

C.O.D. NO. OR
USED FOR

⑆000000⑆

⑆12364368726⑈