BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RONALD ARMSTRONG,<br><br>  Defendant. | No. CR-08-00154 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING**<br><br>Hearing Dates: April 9, 2008<br>Requested Date: May 7, 2008 |

    It is hereby stipulated that the STATUS hearing date of April 9, 2008 be continued to May 7, 2008 at 2:30 p.m. for STATUS OR SETTING MOTIONS.  This is a new case involving numerous financial records which the government is in the process of providing.  The defense has not begun the process of discovery review.

    The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendants in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stip to Continue, 08-00154 CW                          1

1  Time should therefore be excluded from April 9 until May 7, 2008 pursuant to 18 U.S.C. §§
2  3161(h)(8)(A) and (B)(iv).

3

4  04-08-08                                     /s/
   Date                                         John Paul Reichmuth
5                                               Assistant Federal Public Defenders
                                                Counsel for defendant Johnson
6

7

8
   04- 8 -08                                    /s/
9  Date                                         Keslie Stewart
                                                Assistant United States Attorney
10

11     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
   within this efiled document.                   /S/ John Paul Reichmuth
12                                             Counsel for Defendant Alicia Johnson

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the defense needs to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of April 9, 2008 be continued to May 7, 2008 at 2:30 p.m. for STATUS OR SETTING MOTIONS and that time be excluded from April 9, 2008 until May 7, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

_____          _____
Date                              Hon. Claudia Wilken
                                  United States District Judge