BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RONALD ARMSTRONG, )<br>)<br>Defendant. )<br>_____ ) | No. CR-08-00154 CW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING STATUS**<br>**HEARING**<br><br>Hearing Dates: May 7, 2008<br>Requested Date: June 11, 2008 |

    It is hereby stipulated that the STATUS hearing date of May 7, 2008 be continued to June 11, 2008 at 2:30 p.m. for STATUS HEARING. This is a new case involving numerous financial records which the government is in the process of providing. The discovery production was delayed, in part, because new counsel took over Mr. Armstrong's defense two weeks ago and the parties needed to negotiate the terms of a protective order. Judge Brazil signed the parties' protective order on April 25, 2008, and the government plans to produce the discovery in short order. Once received, the defense needs time to review the voluminous record in this case.

    The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for

Stip to Continue, 08-00154 CW          1

1  effective preparation, taking into account the exercise of due diligence.  Time should therefore be
2  excluded from May 7, 2008 until June 11, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  (B)(iv).

5  <u>04-28-08</u>                                                          <u>          /s/                                         </u>
   Date                                                                       ANGELA M. HANSEN
6                                                                              Assistant Federal Public Defender

10 <u>04-28-08</u>                                                          <u>          /s/                                         </u>
   Date                                                                       KESLIE STEWART
                                                                               Assistant United States Attorney

12     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          <u>  /S/ Angela M. Hansen  </u>

Stip to Continue, 08-00154 CW                              2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the defense needs to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of May 7, 2008 be continued to June 11, 2008 at 2:30 p.m. for STATUS HEARING and that time be excluded from May 7, 2008 until June 11, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

4/29/08

Date

HON. CLAUDIA WILKEN
United States District Judge