BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>            Plaintiff,    )<br>   )<br>vs.    )<br>   )<br>RONALD ARMSTRONG,    )<br>   )<br>            Defendant.    )<br>_____ ) | No. CR-08-00154 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING**<br><br>Hearing Dates: June 11, 2008<br>Requested Date: July 9, 2008 |

It is hereby stipulated that the STATUS hearing date of June 11, 2008 be continued to July 9, 2008 at 2:30 p.m. for STATUS HEARING. This is a fraud and identity theft case involving over 1000 pages of discovery, including detailed financial information. This discovery was produced to the defense on May 7, 2008 in digital format, and defense counsel needs additional time to review this voluminous record and to speak with Mr. Armstrong about it. In addition, counsel needs time to conduct an investigation, which will include locating title records on property alleged to have been purchased with a fraudulent identity, which will help the defense make an assessment of the loss amount in this case.

The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to

1 grant the continuance would deny counsel for the defendant the reasonable time necessary for
2 effective preparation, taking into account the exercise of due diligence.  Time should therefore be
3 excluded from June 11, 2008 until July 9, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
4 (B)(iv).

/s/

6 06-06-08
Date                                            ANGELA M. HANSEN
7                                                 Assistant Federal Public Defender

10
  06-06-08                                              /s/
11 Date                                           KESLIE STEWART
                                                Assistant United States Attorney

13    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
within this efiled document.              /S/ Angela M. Hansen

15 //
//
16 //
//
17 //
//
18 //
//
19 //
//
20 //
//
21 //
//
22 //
//
23 //
//
24 //
//
25 //
//
26 //

Stip to Continue, 08-00154 CW                  2

//

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the defense needs to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of June 11, 2008 be continued to July 9, 2008 at 2:30 p.m. for STATUS HEARING and that time be excluded from June 11, 2008 until July 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

_____        _____
Date                                                    HON. CLAUDIA WILKEN
                                                              United States District Judge