1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant OWENS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00181-CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS HEARING** |
| vs. ) | **AS MODIFIED** |
| ) | |
| HERBERT OWENS, ) | Hearing Date: June 11, 2008 |
| ) | Requested Date: July 9, 2008 |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated that the STATUS hearing date of June 11, 2008 should be continued to July 9, 2008 at 2:30 p.m. for STATUS HEARING. Mr. Owens is charged with the possession of cocaine with the intent to distribute. Defense counsel recently learned that this case also involves uncharged allegations of identity theft and fraud involving numerous out-of-state witnesses. For this reason, defense counsel needs time to investigate these potential new charges and to consult with Mr. Owens about them. Moreover, defense counsel believes that the time requested for a continuance in this matter will likely speed the settlement of the case and vitiate the need for motions or trial.

The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to

1  grant the continuance would deny counsel for the defendant the reasonable time necessary for
2  effective preparation, taking into account the exercise of due diligence.  Time should therefore
3  be excluded from June 11, 2008 until July 9, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
4  (B)(iv).
5      So stipulated.

6  Date:  6/6/08      /s/
    ANGELA M. HANSEN
7      Assistant Federal Public Defender

10  Date:  6/6/08      /s/
    KIMBERLY BRIGGS
11     Assistant United States Attorney

13      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.   /S/ Angela M. Hansen

14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //

2

**ORDER**

The Court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial.  The continuance is necessary given defense counsel's need to review the record in this case, to investigate potential new charges and to consult with Mr. Owens.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 23, 2008 at 2:30 p.m. and that time is excluded from June 11, 2008 until July 23, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

6/9/08

Date

HON. CLAUDIA WILKEN
United States District Judge

3