1 | BARRY J. PORTMAN
Federal Public Defender
2 | ANGELA M. HANSEN
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for Defendant ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-00154 CW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS HEARING** |
| vs. | ) | **AS MODIFIED** |
| | ) | |
| RONALD ARMSTRONG, | ) | Hearing Dates: June 11, 2008 |
| | ) | Requested Date: July 9, 2008 |
| Defendant. | ) | |

It is hereby stipulated that the STATUS hearing date of June 11, 2008 be continued to July 9, 2008 at 2:30 p.m. for STATUS HEARING. This is a fraud and identity theft case involving over 1000 pages of discovery, including detailed financial information. This discovery was produced to the defense on May 7, 2008 in digital format, and defense counsel needs additional time to review this voluminous record and to speak with Mr. Armstrong about it. In addition, counsel needs time to conduct an investigation, which will include locating title records on property alleged to have been purchased with a fraudulent identity, which will help the defense make an assessment of the loss amount in this case.

The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to

Stip to Continue, 08-00154 CW                              1

1  grant the continuance would deny counsel for the defendant the reasonable time necessary for
2  effective preparation, taking into account the exercise of due diligence.  Time should therefore
3  be excluded from June 11, 2008 until July 9, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
4  (B)(iv).

/s/

06-06-08    _____
Date        ANGELA M. HANSEN
            Assistant Federal Public Defender

06-06-08              /s/
Date        KESLIE STEWART
            Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.         /S/ Angela M. Hansen

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Stip to Continue, 08-00154 CW                    2

1  //

2  **ORDER**

3  Based on the reasons provided in the stipulation of the parties above, the Court hereby
4  finds that the ends of justice served by the continuance requested herein outweigh the best
5  interest of the public and the defendant in a speedy trial because the failure to grant the
6  continuance would deny the counsel for the defendant the reasonable time necessary for effective
7  preparation, taking into account the exercise of due diligence.  The Court makes this finding
8  because the defense needs to investigate the new discovery, which is voluminous.

9  Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of
10 June 11, 2008 be continued to **July 23, 2008** at 2:30 p.m. for STATUS HEARING and that time
11 be excluded from June 11, 2008 until **July 23, 2008** pursuant to 18 U.S.C. §§3161 (h)(8)(A) and
12 (B)(iv).

13 IT IS SO ORDERED.

15 6/9/08

16 _____    _____
   Date                                HON. CLAUDIA WILKEN
17                                     United States District Judge