1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ARMSTRONG

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,            )   No. CR-08-00154 CW
11                                      )
              Plaintiff,                )   **STIPULATION AND [PROPOSED]**
12                                      )   **ORDER CONTINUING STATUS**
   vs.                                  )   **HEARING**
13                                      )
   RONALD ARMSTRONG,                    )   Hearing Dates: July 23, 2008
14                                      )   Requested Date: August 20, 2008
              Defendant.                )
15 _____  )

16

17      It is hereby stipulated that the STATUS hearing date of July 23, 2008 be continued to

18 August 20, 2008 at 2:30 p.m. for STATUS HEARING. This is a fraud and identity theft case

19 involving over 1000 pages of discovery, including detailed financial information. This discovery

20 was produced to the defense on May 7, 2008 in digital format, and defense counsel needs

21 additional time to review this voluminous record and to speak with Mr. Armstrong about it.

22 Pursuant to the terms of the parties' protective order, Mr. Armstrong is not permitted to review

23 the discovery outside counsel's presence, it will thus require additional time for the defense to

24 review all of the materials together with Mr. Armstrong. In addition, counsel needs time to

25 conduct an investigation, which will include locating title records on property alleged to have

26 been purchased with a fraudulent identity, which will help the defense make an assessment of the

1 loss amount in this case. Finally, defense counsel requested that the government produce
2 complete records from a Hayward social security file that was created by Mr. Armstrong.
3 Government counsel referred defense counsel to the case agent who has agreed to work with
4 defense counsel next week to obtain access to these materials. If the parties are unable to obtain
5 these materials, defense counsel will likely need to request a subpoena from the Court.

6     For these reasons, the parties request this continuance and further agree that the ends of
7 justice served by this continuance outweigh the best interest of the public and the defendant in a
8 speedy trial because the failure to grant the continuance would deny counsel for the defendant the
9 reasonable time necessary for effective preparation, taking into account the exercise of due
10 diligence. Time should therefore be excluded from July 23, 2008 until August 20, 2008 pursuant
11 to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

13 07-18-08                                                   /s/
Date                                              ANGELA M. HANSEN
14                                                  Assistant Federal Public Defender

18 07-18-08                                                 /s/
Date                                              KESLIE STEWART
19                                                  Assistant United States Attorney

20     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ Angela M. Hansen

Stip to Continue, 08-00154 CW                 2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the defense needs time to investigate this case and to review the voluminous discovery with her client.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of July 23, 2008 be continued to August 20, 2008 at 2:30 p.m. for STATUS HEARING and that time be excluded from July 23, 2008 until August 20, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

_____    _____
Date                                                HON. CLAUDIA WILKEN
                                                          United States District Judge