BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RONALD ARMSTRONG, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-08-00154 CW <br><br> **STIPULATION AND ORDER CONTINUING STATUS HEARING** <br><br> Hearing Dates: July 23, 2008 <br> Requested Date: August 20, 2008 |

    It is hereby stipulated that the STATUS hearing date of July 23, 2008 be continued to August 20, 2008 at 2:30 p.m. for STATUS HEARING. This is a fraud and identity theft case involving over 1000 pages of discovery, including detailed financial information. This discovery was produced to the defense on May 7, 2008 in digital format, and defense counsel needs additional time to review this voluminous record and to speak with Mr. Armstrong about it. Pursuant to the terms of the parties' protective order, Mr. Armstrong is not permitted to review the discovery outside counsel's presence, it will thus require additional time for the defense to review all of the materials together with Mr. Armstrong. In addition, counsel needs time to conduct an investigation, which will include locating title records on property alleged to have been purchased with a fraudulent identity, which will help the defense make an assessment of the

1 loss amount in this case.  Finally, defense counsel requested that the government produce
2 complete records from a Hayward social security file that was created by Mr. Armstrong.
3 Government counsel referred defense counsel to the case agent who has agreed to work with
4 defense counsel next week to obtain access to these materials.  If the parties are unable to obtain
5 these materials, defense counsel will likely need to request a subpoena from the Court.

6     For these reasons, the parties request this continuance and further agree that the ends of
7 justice served by this continuance outweigh the best interest of the public and the defendant in a
8 speedy trial because the failure to grant the continuance would deny counsel for the defendant
9 the reasonable time necessary for effective preparation, taking into account the exercise of due
10 diligence.  Time should therefore be excluded from July 23, 2008 until August 20, 2008 pursuant
11 to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

13 07-18-08                                    /s/
   Date                                        ANGELA M. HANSEN
14                                             Assistant Federal Public Defender

18 07-18-08                                    /s/
   Date                                        KESLIE STEWART
                                               Assistant United States Attorney

20    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
within this efiled document.                   /S/ Angela M. Hansen

Stip to Continue, 08-00154 CW                  2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the defense needs time to investigate this case and to review the voluminous discovery with her client.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of July 23, 2008 be continued to August 20, 2008 at 2:30 p.m. for STATUS HEARING and that time be excluded from July 23, 2008 until August 20, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

7/22/08

Date

*Claudia Wilken* (signature)

HON. CLAUDIA WILKEN
United States District Judge