BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00154 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING STATUS** |
| vs. ) | **HEARING** |
| ) | |
| RONALD ARMSTRONG, ) | Hearing Dates: August 20, 2008 |
| ) | Requested Date: September 24, 2008 |
| Defendant. ) | |
| _____) | |

It is hereby stipulated that the STATUS hearing date of August 20, 2008 be continued to September 24, 2008 at 2:30 p.m. for STATUS HEARING.  This is a fraud and identity theft case involving over 1000 pages of discovery, including detailed financial information.  This discovery was produced to the defense on May 7, 2008, in digital format, and defense counsel needs additional time to review this voluminous record and to speak with Mr. Armstrong about it.  Pursuant to the terms of the parties' protective order, Mr. Armstrong is not permitted to review the discovery outside counsel's presence, it will thus require additional time for the defense to review all of the materials together with Mr. Armstrong at the Office of the Federal Public Defender.  Counsel has started this process but we have not yet completed a review of the documents together with Mr. Armstrong.  In addition, counsel needs time to complete an

1  investigation, which will include locating title records on property alleged to have been
2  purchased with a fraudulent identity, which will help the defense make an assessment of the loss
3  amount in this case.  Finally, in connection with the identity theft allegation, it is likely the
4  defense will need to obtain records from Social Security to ensure that the defense has a complete
5  set of documents that were created or generated by Mr. Armstrong.  The defense is in the process
6  of determining how to obtain those files.

7  For these reasons, the parties request this continuance and further agree that the ends of
8  justice served by this continuance outweigh the best interest of the public and the defendant in a
9  speedy trial because the failure to grant the continuance would deny counsel for the defendant the
10 reasonable time necessary for effective preparation, taking into account the exercise of due
11 diligence.  Time should therefore be excluded from August 20, 2008 until September 24, 2008
12 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

14  08-20-08                                    /s/
    Date                                        ANGELA M. HANSEN
15                                              Assistant Federal Public Defender

19  08-20-08                                    /s/
    Date                                        KESLIE STEWART
                                                Assistant United States Attorney

21  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this efiled document.           /S/ Angela M. Hansen

Stip to Continue, 08-00154 CW                    2

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the defense needs time to investigate this case and to review the voluminous discovery with her client.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of August 20, 2008 be continued to September 24, 2008 at 2:30 p.m. for STATUS HEARING and that time be excluded from August 20, 2008 until September 24, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

_____     _____
Date                                HON. CLAUDIA WILKEN
                                    United States District Judge