1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00154 CW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS HEARING** |
| vs. | ) | |
| | ) | Hearing Dates: August 20, 2008 |
| RONALD ARMSTRONG, | ) | Requested Date: September 24, 2008 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   It is hereby stipulated that the STATUS hearing date of August 20, 2008 be continued to September 24, 2008 at 2:30 p.m. for STATUS HEARING.  This is a fraud and identity theft case involving over 1000 pages of discovery, including detailed financial information.  This discovery was produced to the defense on May 7, 2008, in digital format, and defense counsel needs additional time to review this voluminous record and to speak with Mr. Armstrong about it.  Pursuant to the terms of the parties' protective order, Mr. Armstrong is not permitted to review the discovery outside counsel's presence, it will thus require additional time for the defense to review all of the materials together with Mr. Armstrong at the Office of the Federal Public Defender.  Counsel has started this process but we have not yet completed a review of the documents together with Mr. Armstrong.  In addition, counsel needs time to complete an

1  investigation, which will include locating title records on property alleged to have been
2  purchased with a fraudulent identity, which will help the defense make an assessment of the loss
3  amount in this case.  Finally, in connection with the identity theft allegation, it is likely the
4  defense will need to obtain records from Social Security to ensure that the defense has a
5  complete set of documents that were created or generated by Mr. Armstrong.  The defense is in
6  the process of determining how to obtain those files.
7      For these reasons, the parties request this continuance and further agree that the ends of
8  justice served by this continuance outweigh the best interest of the public and the defendant in a
9  speedy trial because the failure to grant the continuance would deny counsel for the defendant
10 the reasonable time necessary for effective preparation, taking into account the exercise of due
11 diligence.  Time should therefore be excluded from August 20, 2008 until September 24, 2008
12 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

14 08-20-08                                             /s/
   Date                                                 ANGELA M. HANSEN
15                                                      Assistant Federal Public Defender

18
19 08-20-08                                             /s/
   Date                                                 KESLIE STEWART
                                                        Assistant United States Attorney

21    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
   within this efiled document.                         /S/ Angela M. Hansen

Stip to Continue, 08-00154 CW                           2

1

2 **ORDER**

3   Based on the reasons provided in the stipulation of the parties above, the Court hereby
4 finds that the ends of justice served by the continuance requested herein outweigh the best
5 interest of the public and the defendant in a speedy trial because the failure to grant the
6 continuance would deny the counsel for the defendant the reasonable time necessary for effective
7 preparation, taking into account the exercise of due diligence.  The Court makes this finding
8 because the defense needs time to investigate this case and to review the voluminous discovery
9 with her client.

10   Based on these findings, IT IS HEREBY ORDERED THAT the hearing date of August
11 20, 2008 be continued to September 24, 2008 at 2:30 p.m. for **TRIAL SETTING** and that time
12 be excluded from August 20, 2008 until September 24, 2008 pursuant to 18 U.S.C. §§3161
13 (h)(8)(A) and (B)(iv).

14   IT IS SO ORDERED.

15

16   8/19/08

17
Date                                                                 HON. CLAUDIA WILKEN
18                                                                            United States District Judge

19

20

21

22

23

24

25

26

Stip to Continue, 08-00154 CW                          3