IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RONALD GENE ARMSTRONG,

    Defendant.
                               /

No. CR 08-00154 CW

CLERK'S NOTICE CONTINUING HEARING

    Notice is hereby given that the trial setting hearing, previously set for September 24, 2008, is continued to **October 1, 2008, at 2:30 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 9/3/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk